# United States Court of Appeals

### FOR THE ELEVENTH CIRCUIT

No. 97-8549
Non-Argument Calendar

District Court Docket No. CV1:95-181

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 18 1998

THOMAS K. KAHN
CLERK

JUANITA W. CLARK; JUANITA W. CLARK, as
Next Best Friend and Administratrix
of the Estate of Curtis Clark, Sr.,

Plaintiffs-Appellants,

versus

CLAY WHITTLE, in his official capacity
as Sheriff of Columbia County, Georgia;
COLUMBIA COUNTY, GEORGIA; GARY JONES,
Lieutenant, Columbia County Sheriff's
Department, in his official capacity
and in his personal capacity,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Southern District of Georgia

---

Before ANDERSON, EDMONDSON and COX, Circuit Judges.

### JUDGMENT

This cause came to be heard on the transcript of the record from the United States District Court for the Southern District of Georgia, and was taken under submission by the Court upon the record and briefs on file, pursuant to Eleventh Circuit Rule 34-3;

UPON CONSIDERATION WHEREOF, it is now hereby ordered and adjudged by this Court that the **judgment** of the said District Court in this cause be and the same is hereby **AFFIRMED**;

It is FURTHER ORDERED THAT plaintiffs-appellants pay to the defendants-appellees, the costs on appeal to be taxed by the Clerk of Court.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

Entered: February 18, 1998
For the Court: Thomas K. Kahn, Clerk

By: _____
Deputy Clerk

ISSUED AS MANDATE: 4/15/98

36.

[DO NOT PUBLISH]

## IN THE UNITED STATES COURT OF APPEALS

### FOR THE ELEVENTH CIRCUIT

No. 97-8549
Non-Argument Calendar

D. C. Docket No. CV1:95-181

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 18 1998
THOMAS K. KAHN
CLERK

JUANITA W. CLARK; JUANITA W. CLARK, as
Next Best Friend and Administratrix of the Estate
of Curtis Clark, Sr.,

Plaintiffs-Appellants,

versus

CLAY WHITTLE, in his official capacity as Sheriff of
Columbia County, Georgia; COLUMBIA COUNTY,
GEORGIA; GARY JONES, Lieutenant, Columbia
County Sheriff's Department, in his official capacity and
in his personal capacity,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Georgia

(February 18, 1998)

Before ANDERSON, EDMONDSON and COX, Circuit Judges.

PER CURIAM:

Juanita W. Clark filed this civil action individually and as representative of the estate of Curtis Clark, Sr., deceased, against Sheriff Clay Whittle of Columbia County in his official capacity, Gary Jones, individually and in his official capacity, and Columbia County, Georgia. We deem the claims against Whittle and Jones in their official capacities to be claims against Columbia County. In reality, therefore, there are two defendants – Jones individually and Columbia County.

Clark's complaint is in three counts. Count One asserts a 42 U.S.C. § 1983 claim based upon the Fourth Amendment. It alleges that the Clarks' residence was illegally searched following the issuance of a search warrant based upon false statements made by Jones in the affidavit supporting the request for the warrant. Count Two asserts a 42 U.S.C. § 1983 claim based upon the Due Process Clause of the Fourteenth Amendment. This count alleges that Curtis Clark, Sr. was deprived of his life without due process. Count Three is a wrongful death claim, based upon Georgia law.

The district court granted the defendants summary judgment on the § 1983 claims, and declined to exercise supplemental jurisdiction over the state law wrongful death claim. Clark filed a motion to reconsider, which was also denied. Clark now appeals.

2

The district court granted the defendants summary judgment on the § 1983 claims on several grounds. The court decided that Columbia County was entitled to summary judgment because there is no respondeat superior liability under § 1983, and there was no evidence that any county policy, custom or practice caused the alleged Fourth Amendment violation. We agree with that decision, and thus need not inquire as to the other bases on which the district court grounded its grant of summary judgment in favor of the County.

The district court granted Jones individually summary judgment on several independent bases; one of those was qualified immunity. We conclude that the record before the district court at the time the motion was granted supported summary judgment on qualified immunity grounds. Thus, we need not inquire as to whether there were other bases for the grant of summary judgment in favor of Jones individually. And, we find no abuse of discretion in the district court's denial of the motion to reconsider; the denial of the motion was based upon its refusal to consider Hoarsley's affidavit on the ground that it could have been obtained previously.[1]

AFFIRMED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By /s/ _____
Deputy Clerk
Atlanta, Georgia

---

[1] Clark presents no issue on this appeal relative to the propriety of the district court's dismissal of the Georgia law wrongful death claim. We therefore do not address it.